```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 24172
   NICOLAS HOFFMAN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1066


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/21/2007 and was not confirmed.

    The case was dismissed without confirmation 03/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
NUMARK CU/PEAK5            UNSECURED        14748.88          .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS       5277.67          .00            .00
CITGO OIL/ CITIBANK        UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED         .00            .00
COMCAST                    UNSECURED        NOT FILED         .00            .00
AQUA AMERICA               UNSECURED        NOT FILED         .00            .00
PREMIER BANKCARD           UNSECURED          328.08          .00            .00
GAYLE PHELPS               UNSECURED        NOT FILED         .00            .00
TCF BANK                   UNSECURED        NOT FILED         .00            .00
IC SYSTEMS                 UNSECURED        NOT FILED         .00            .00
PEAK 5                     UNSECURED        NOT FILED         .00            .00
SALLIE MAE INC             UNSECURED         4282.15          .00            .00
SALLIE MAE INC             UNSECURED         2625.00          .00            .00
SALLIE MAE INC             UNSECURED          733.96          .00            .00
SALLIE MAE INC             UNSECURED         1167.00          .00            .00
SM SERVICING               UNSECURED        NOT FILED         .00            .00
SALLIE MAE INC             UNSECURED          354.00          .00            .00
SPRINT-NEXTEL CORP         UNSECURED          756.70          .00            .00
UNITED CONSUMER FINANCIA   UNSECURED        NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24172 NICOLAS HOFFMAN
```

```
                           ---------------      ---------------
TOTALS                                 .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 06/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```